The People of the State of Illinois, defendant in error, v. Nemoram Pierre, plaintiff in error. Gen. No. 8,167.

Opinion filed April 11, 1930.

Dixon, Devine, Bracken & Dixon, for plaintiff in error; Sherwood Dixon, of counsel. Mark C. Keller, State's Attorney, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.